** GOOD TIME CREDITS — PAROLE VIOLATORS ** PAROLE AND CONDITIONAL RELEASE VIOLATORS WHOSE CRIMES WERE COMMITTED PRIOR TO AUGUST 2, 1968, SHOULD NOT BE DEPRIVED OF ANY "GOOD TIME" CREDITS ON THEIR PENITENTIARY TERMS EARNED PRIOR TO THEIR RELEASE ON PAROLE OR CONDITIONAL RELEASE. TO DO SO WOULD BE AN UNCONSTITUTIONAL EX POST FACTO APPLICATION OF 57 O.S. 138 [57-138] (1969). (EX POST FACTO LAW, UNCONSTITUTIONAL LAW) CITE: OPINION NO. 68-378, 57 O.S. 138 [57-138] (HUGH H. COLLUM)